UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-63075-CIV-ALTMAN

**HUBERT WADE**,

    *Plaintiff*,

v.

**MIDLAND CREDIT MANAGEMENT,**

    *Defendants*.

_____/

## ORDER OF DISMISSAL

**THIS MATTER** comes before the Court upon a *sua sponte* review of the record. On January 22, 2020, the Court closed this case without prejudice to the parties to file a stipulation of dismissal within thirty days [ECF No. 7]. As of this writing, no stipulation of dismissal has been filed. Accordingly, the Court hereby

    **ORDERS** that the case be **DISMISSED without prejudice**.

    **DONE AND ORDERED** in Fort Lauderdale, Florida, this 6th day of March 2020.

                                              **ROY K. ALTMAN**
                                              **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record